# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 11-31028-DHW
                                              Chapter 13
STEVEN L. YEARGAN,

    Debtor.

## ORDER RECLASSIFYING CLAIMS

The debtor filed objections to the priority status of Claim Nos. 2, 3, 4, 5, 6 and 7 of the State of Alabama.

The objections came on for hearing on July 11, 2011. The creditor filed no response to the objections nor appeared at the hearing.

The objections state that the claims are not entitled to priority under 11 U.S.C. § 507. *See* 11 U.S.C. § 1322(a)(2). Accordingly, it is

ORDERED that Claim Nos. 2, 3, 4, 5, 6 and 7 filed by the State of Alabama are RECLASSIFIED to general unsecured claims.

Done this 13 day of July, 2011.

                                                 /s/ Dwight H. Williams, Jr.
                                               United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   State of Alabama, Creditor
   Curtis C. Reding, Trustee